**STATE v. MESSICK**

[358 N.C. 145 (2004)]

STATE OF NORTH CAROLINA v. IVORY LAMONT MESSICK

No. 482A03

(Filed 5 March 2004)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 159 N.C. App. 232, 585 S.E.2d 392 (2003), finding no error in the judgment entered 29 October 2001 by Judge Ernest B. Fullwood in Superior Court, Pender County. Heard in the Supreme Court 16 February 2004.

*Roy Cooper, Attorney General, by Daniel P. O'Brien, Assistant Attorney General, for the State.*

*Rudolf Maher Widenhouse & Fialko, by M. Gordon Widenhouse, Jr., for defendant-appellant.*

PER CURIAM.

AFFIRMED.